MERLINI v. PARTCH, Immigration Inspector. (Circuit Court of Appeals, Eighth Circuit. September 8, 1919.) No. 5485. Appeal from the District Court of the United States for the District of New Mexico. Isaac Barth and T. J. Mabry, both of Albuquerque, N. M., for appellant. S. Burkhart, U. S. Atty., of Albuquerque, N. M., and J. O. Seth, Asst. U. S. Atty., of Santa Fé, N. M., for appellee.

PER CURIAM. Cause docketed, and appeal dismissed, without costs to either party in this court, on motion of appellee, under rule 16 (188 Fed. xi, 109 C. C. A. xi). Motion of appellant for leave to file and docket record denied.

---

Petition of NATIONAL DISCOUNT CO. In re HITT LUMBER & BOX CO. (Circuit Court of Appeals, Sixth Circuit. October 11, 1919.) No. 3309. Petition to Revise an Order of the District Court of the United States for the Southern Division of the Eastern District of Tennessee; Edward T. Sanford, Judge. White, Johnson, Cannon & Neff, of Cleveland, Ohio, and Williams & Lancaster, of Chattanooga, Tenn., for petitioner. Frank Spurlock, D. L. Grayson, and J. M. Trimble, all of Chattanooga, Tenn., for trustee. Lusk & Thompson, of Chattanooga, Tenn., for petitioning creditors.

PER CURIAM. Order of dismissal entered.

---

NEW YORK CENT. R. CO. v. KOVACS. (Circuit Court of Appeals, Sixth Circuit. November 5, 1919.) No. 3314. In Error to the District Court of the United States for the Northern District of Ohio; D. C. Westenhaver, Judge. S. H. West, of Cleveland, Ohio, for plaintiff in error. Anderson & Lamb and J. J. Tetlow, all of Youngstown, Ohio, for defendant in error.

PER CURIAM. Order of dismissal entered.

---

OMAHA NAT. BANK v. COOTS et al. (Circuit Court of Appeals, Sixth Circuit. December 5, 1919.) No. 3303. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. George E. Brand, of Detroit, Mich., for plaintiff in error. Charles F. Delbridge, of Detroit, Mich., for defendants in error.

PER CURIAM. Order of dismissal entered.

---

POWERS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. January 6, 1920.) No. 3376. In Error to the District Court of the United States for the Western District of Tennessee; John E. McCall, Judge. Abe Cohn, of Memphis, Tenn., for plaintiff in error. Wm. D. Kyser, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order of dismissal entered.

---

PRICE BOOKER MFG. CO. v. HAARMANN PICKLING CO. (Circuit Court of Appeals, Eighth Circuit. September 1, 1919.) No. 5243. In Error to the District Court of the United States for the District of Colorado. Sewall Myer, of Houston, Tex., and G. Dexter Blount, J. Howard Dana, and Harry S. Silverstein, all of Denver, Colo., for plaintiff in error. Carle Whitehead and Albert L. Vogl, both of Denver, Colo., for defendant in error.

PER CURIAM. Writ of error dismissed; with costs, per stipulation of parties.